EUDALDO BÁEZ GALIB, peticionario, *v.* HON. PEDRO ROSSELLÓ GONZÁLEZ, HON. NORMA BURGOS y HON. RICARDO ROMÁN, demandados.

*Número:* MD-99-1          *Resuelto:* 1ro de febrero de 1999

*José L. Vargas Núñez*, Subsecretario de Estado, *pro se.*

## RESOLUCIÓN

*El Tribunal se da por enterado de la moción informativa presentada por la Secretaria de Estado en el caso de epígrafe.*

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri emitió un voto disidente por separado. El Juez Presidente Señor Andréu García no intervino.

> (*Fdo.*) Isabel Llompart Zeno
> *Secretaria del Tribunal Supremo*

— O —

Voto disidente del Juez Asociado Señor Fuster Berlingeri.

El 22 de enero de 1999, mediante una opinión y sentencia, le ordenamos a la Secretaria de Estado que corrigiese su previa actuación *ilícita* en cuanto al asunto que aquí nos concierne, y que publicase fielmente los resultados del plebiscito, conforme fueron certificados por el Presidente de la Comisión Estatal de Elecciones.

El 27 de enero de este año, la Secretaria de Estado compareció ante nos mediante una moción informativa, para indicarnos que "había cumplido" con nuestra orden. Nos

acompaño una copia de los cuatro (4) anuncios que a tal fin publicó en periódicos del país.

Hoy, una mayoría del Tribunal se apresura a aceptar que se cumplió nuestra orden debidamente, al emitir una resolución mediante la cual esa mayoría se da por enterada de la moción informativa de la Secretaria de Estado.

Debo disentir de este proceder de la mayoría. Me parece evidente que la Secretaria de Estado no acató nuestra orden de buena fe. "Cumplió" con nuestra orden de un modo tan *exiguo* que raya en el incumplimiento y en el desacato. Los anuncios que publicó la Secretaria de Estado fueron tan pequeños, y ubicados de modo tan poco prominente, que seguramente casi nadie los vio. Ninguno de los Jueces de este Tribunal se había dado cuenta de que se habían publicado los anuncios referidos, a pesar de haber leído los periódicos en que aparecieron.

Debe resaltarse, además, que los minúsculos anuncios publicados por la Secretaria de Estado para "cumplir" pro forma con nuestra orden, no sólo fueron relegados a las páginas intrascendentes de los periódicos, sino que, además, carecían del *sello* del Departamento de Estado y de la firma de la Secretaria de Estado. *Carecían de oficialidad.*

Ciertamente, los nuevos anuncios no guardan ninguna similaridad con los anuncios anteriores en los cuales el Secretario de Estado interino informó impropiamente los resultados del plebiscito, que sí fueron publicados de la manera más visible, prominente y oficial posible. Como los nuevos anuncios ordenados por este Tribunal iban dirigidos precisamente a corregir los anteriores, tenían que ser publicados con la misma visibilidad, prominencia y oficialidad que aquéllos. Ello no se hizo aquí.

Es evidente, pues, que la Secretaria de Estado no ha dado cumplimiento *sustancial* a nuestra orden. Su actuación constituye realmente un cumplimiento escarnioso e insuficiente de nuestro dictamen y una burla a la autori-

dad de este Tribunal, que no le hubiéramos permitido a ninguna persona ordinaria.

En estos tiempos aciagos, cuando muchos en posiciones de poder se dedican constantemente a denigrar la Rama Judicial, este Foro debe estar particularmente vigilante contra cualquier intento solapado de no acatar nuestras decisiones y de faltarle el respeto a la autoridad de los tribunales. Es por ello que debo denunciar la falta de cumplimiento sustancial de la Secretaria de Estado con nuestra orden de 22 de enero de 1999, y disentir del proceder de la mayoría al aceptar tácitamente que nuestra orden fue cumplida.